**HUNTON ANDREWS KURTH LLP**
Roland Juarez (State Bar No. 160793)
rjuarez@HuntonAK.com
Kirk A. Hornbeck (State Bar No. 241708)
khornbeck@HuntonAK.com
Veronica A. Torrejón (State Bar No. 310871)
vtorrejon@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendant,
VULCAN MATERIALS COMPANY and
CALMAT COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MANUEL TEJEDA, on behalf of himself and others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>VULCAN MATERIALS COMPANY; CALMAT COMPANY; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.<br><br>[Removed from Sonoma County Superior Court, Case No. SCV-272230]<br><br>**DEFENDANTS VULCAN MATERIALS COMPANY AND CALMAT COMPANY'S CORPORATE DISCLOSURE STATEMENT**<br><br>[*Notice of Removal; Civil Cover Sheet; Declaration of Philip Miller; Declaration of Mimi Tran; Certification of Conflicts and Interested Parties; and Certificate of Service Filed Concurrently Herewith*]<br><br>Complaint Filed:   December 7, 2022 |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Vulcan Materials Company and CalMat Company states as follows:

Vulcan Materials Company is a non-government corporate party. It is a publicly-traded company. There is no parent corporation to which Vulcan Materials Company is a subsidiary, and there is no publicly-held corporation owning at least 10% of Vulcan Materials Company's stock.

CalMat Company is a wholly-owned subsidiary of Legacy Vulcan LLC, which is a wholly owned subsidiary of Vulcan Materials Company.

DATED: February 10, 2023                     HUNTON ANDREWS KURTH LLP

By:  */s/ Roland Juarez*
     Roland Juarez
     Kirk A. Hornbeck
     Veronica A. Torrejón
     Attorneys for Defendant
     VULCAN MATERIALS COMPANY and
     CALMAT COMPANY

**Hunton Andrews Kurth LLP**
50 California Street, Suite 1700
San Francisco, California 94111